# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**DONNIE RAY STALLWORTH, JR.,**

    Petitioner,

v.                                 Case No. 3:16cv642-LC/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

    Respondent.

_____/

## **ORDER**

This cause comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge (ECF No. 18) dated August 16, 2018, recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.  The Report and Recommendation (ECF No. 18) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed by Petitioner Donnie Ray Stallworth, Jr., (ECF No. 1), pursuant to 28 U.S.C. § 2254 is **DENIED**. A certificate of appealability and leave to appeal in forma pauperis is also **DENIED**.

4.  The Clerk shall enter judgment and close the file.

**DONE AND ORDERED** this 13th day of November, 2018.

> *s/ L.A. Collier*
> **LACEY A. COLLIER**
> **SENIOR UNITED STATES DISTRICT JUDGE**